1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>MARY LIM,<br><br>      Defendant. | Case No. SACR 11-00181(A)-JLS-2<br><br>**ORDER FOR JUDGMENT OF ACQUITTAL** |

Pursuant to the March 24, 2015, mandate of the United States Court of Appeals for the Ninth Circuit, and its February 27, 2015, memorandum disposition reversing Mary Lim's convictions on Counts 1 through 10 of the first superseding indictment for insufficient evidence,

**IT IS ORDERED** that a judgment of acquittal on Counts 1 through 10 of the first superseding indictment be entered.

**IT IS ORDERED** that bond be exonerated and defendant be discharged from pretrial release pursuant to Federal Rule of Criminal Procedure 32(k).

1    **IT IS ORDERED** that the Clerk of Court shall refund the special assessment

2  and any restitution payments made by defendant.

3  DATED:  April 13, 2015

4

5

6  _____
   HONORABLE JOSEPHINE L. STATON
7  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2